TIMOTHY M. DOZIER et al., Respondents, v CITY OF BUFFALO et al., Defendants, and FEDDERS CORPORATION, Appel-

lant. (Appeal No. 33.
 (Appeal from Order of Supreme Court, Erie County, Doyle, J.—Summary Judgment.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.